## 23590.   WALKER v. THE STATE.

DECIDED OCTOBER 28, 1933.

*W. G. Mann,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.

BROYLES, C. J.  The indictment charged the defendant with possessing "fermented, brewed liquors commonly called home brew, manufactured from malt in part, and brewed and fermented liquors and beverages in which maltose is a substantial ingredient, and liquors and beverages and drinks made in imitation of and intended as a substitute for beer, ale, and whisky."  On the trial the allegations of the indictment were not supported by the evi-

772

dence adduced; and the court erred in overruling the general grounds of the motion for a new trial. As this ruling controls the case, the special assignments of error are not considered.

*Judgment reversed. MacIntyre and Guerry, JJ., concur.*